1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   THEOPRIC BLOODSAW,                    1:04-cv-05297-AWI-GSA-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 13)
13   vs.
                                   **ORDER DISMISSING ENTIRE ACTION**
14   TOM L. CAREY, et al.,

15              Defendants.
                                    /
16

17       Plaintiff, Theopric Bloodsaw ("plaintiff"), is a state

18   prisoner proceeding pro se and in forma pauperis in this civil

19   rights action pursuant to 42 U.S.C. § 1983.  The matter was

20   referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On November 21, 2007, the Magistrate Judge filed Findings

23   and Recommendations herein which were served on the parties and

24   which contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty (30)

26   days.  On January 2, 2008, plaintiff filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.  Plaintiff has

6  failed to link the named Defendants to the alleged constitutional

7  violations.   Plaintiff was previously advised of the need to

8  link Defendants, and as such, no further leave to amend will be

9  given.  See  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (if

10 court determines that complaint fails to state claim, leave to

11 amend may be granted to extent that complaint's deficiencies can

12 be cured);  Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987)

13 (prisoner must be given notice of deficiencies and opportunity to

14 amend prior to dismissing for failure to state a claim).

15    Accordingly, IT IS HEREBY ORDERED that:

16    1.   The Findings and Recommendations, filed November 21,

17 2007, are ADOPTED IN FULL; and,

18    2.   This action is DISMISSED in its entirety, without

19 prejudice, for plaintiff's failure to state a claim upon which

20 relief can be granted.

21    3.   The Clerk of the Court is DIRECTED to close this file.

22

23

IT IS SO ORDERED.

24

**Dated:   January 26, 2008**          **/s/ Anthony W. Ishii**
25                                      UNITED STATES DISTRICT JUDGE

26

27

28

2